

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00115-CV

SIENNA VENTURES, LLC                                                  APPELLANT

V.

HALLEY EQUIPMENT LEASING,                                     APPELLEE
LLC

-----------

## FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 017-297324-18

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

Each party shall bear its own costs, for which let execution issue. *See* Tex. R. App. P. 42.1(a)(2)(A), (d).

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DELIVERED: June 28, 2018

---

[1]*See* Tex. R. App. P. 47.4.